# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
BLUE CROSS & BLUE SHIELD OF           *
VERMONT,                              *
                                      *
              Plaintiff,              *
                                      *   No. 18-373C
         v.                           *   Filed: October 3, 2020
                                      *
UNITED STATES,                        *
                                      *
              Defendant.              *
* * * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of the parties October 2, 2020 joint motion to enter stipulated final judgment. Pursuant to the parties' joint motion to enter stipulated final judgment, containing an agreed amount for judgment, the court enters judgment in favor of the plaintiff in the amount of $7,203,738.83. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
